```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | TODD A. PICKLES
   | Assistant United States Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, CA 95814
 4 | Telephone: (916) 554-2700
   | Facsimile:  (916) 554-2900
 5 |
 6 | Attorneys for Plaintiff
   | United States of America
 7 |
```

FILED

NOV 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:12 - SW - 0790 — KJN

In the Matter of the Search of Metro PCS account pertaining to cellular telephone (916) 308-1641; Metro PCS Account Number 31335585; Subscriber: Sugar Lewis

CASE NO. 2:12-SW-

**ORDER PRECLUDING NOTICE TO SUBSCRIBER OR CUSTOMER PURSUANT TO 18 U.S.C. § 2705(B) AND TO SEAL SEARCH WARRANT APPLICATION AND RELATED DOCUMENTS**

**UNDER SEAL**

Upon Application of the United States of America and good cause having been shown, the Court finds the following:

IT APPEARING that prior notice of the Search Warrant Affidavit, the Search Warrant, or this Order, to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that the United States's Motion to Preclude Notice to Subscriber or Customer is GRANTED; Metro PCS Wireless SHALL **NOT** DISCLOSE the existence of the Search Warrant Affidavit, the Search Warrant, or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

IT IS FURTHER ORDERED that the United States's Motion to Preclude Notice to Subscriber or Customer, the Search Warrant Affidavit, the Search Warrant, and this Order are hereby ordered

1 | SEALED until further order of this Court.

3 | DATED: Nov. 27, 2012

HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order Precuding Notice to Subscriber                2