1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7





SEALED

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of Metro PCS | CASE NO. 2:12-SW-0790 KJN
   | account pertaining to cellular telephone (916)
12 | 308-1641; Metro PCS Account Number | [PROPOSED] ORDER FOR DELAYED
   | 31335585; Subscriber: Sugar Lewis | NOTIFICATION OF EXECUTION OF
13 |                                     | WARRANT
14 |                                     | **UNDER SEAL**
15
16
17        This matter came before the Court on an application of the United States to delay notification of

18 the execution of the above-captioned search warrant Pursuant to Rule 41(f)(3) of the Federal Rules of

19 Criminal Procedure, and Title 18, United States Code Sections 3103a(c) and 2705(a)(2). For good cause

20 showing and for the reasons stated in the application in support of the search warrant, the Court hereby

21 GRANTS the application and finds that immediate notification of the execution of this search warrant

22 would likely have an adverse result as defined at Title 18, United States Code, Section 2705(a)(2),

23 including resulting in flight from prosecution, destruction or concealment of or tampering with evidence,

24 and otherwise seriously jeopardizing the investigation related to the search warrant. For the same

25 reason, the Court finds disclosure of the application and this order could jeopardize the investigation.

26        Accordingly,

27        IT IS ORDERED that the officer executing this warrant may delay notice to the person who, or

28 whose property, will be searched until May 24, 2013.

Order re Extension of Delayed Notice                    1

IT IS FURTHER ORDERED THAT the application and this order be filed under seal until such further order of the Court.

IT IS ORDERED.

Dated: February 25, 2013

HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge

Order re Extension of Delayed Notice                     2