FILED

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

APR 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF        CASE NO.    2:12-SW-790 KJN
   CELLULAR TELEPHONE ACCOUNTS                       2:12-SW-791 KJN
                                                     2:13-SW-43 DAD
12                                                   2:13-SW-44 DAD

13                                        REQUEST TO UNSEAL AND [PROPOSED]
                                          ORDER
14

15                            **REQUEST TO UNSEAL**

16         The Court has sealed the applications for search warrant, affidavits in support, and search

17 warrants in the above-captioned matters. The Grand Jury has returned indictments in *United States v.*

18 *Velardes-Zazueta, et al.*, 2:13-cr-227 GEB, and six related cases as part of a Title III investigation. The

19 cellular telephone accounts subject to the above-captioned searches were involved in the investigation.

20 To date, most of the defendants in those cases have been apprehended, arraigned, and judicial process

21 has begun. Therefore, the United States requests that the above-referenced matters be unsealed and that

22 the United States be permitted to provide copies to the defendants through their counsel.

23                                        Respectfully submitted,

24 Dated: April 3, 2014                   BENJAMIN B. WAGNER
                                          United States Attorney
25

26
                                   By: _____
27                                     TODD A. PICKLES
                                       Assistant United States Attorney
28

REQUEST TO UNSEAL AN D PROPOSED ORDER                    1

**[PROPOSED] ORDER**

1

2       The Court hereby orders that the applications for search warrant, including affidavits, and

3   warrants as well as the sealing orders in the above-referenced matter shall be unsealed and made part of

4   the public record.

5   Dated:   *4 - 3 - 2014*

6

7                                               Honorable Edmund F. Brennan
                                                United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28